UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIKE CELLANTE,

                Plaintiff,

        -against-

CHRISTOPHER MURRAY; RICHARD
CHULLA; UNION HOSE ENGINE CO. #2,

              Defendants.

25-cv-9290 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 19, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    December 30, 2025
            New York, New York

                      /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                Chief United States District Judge